In the Matter of the Application of FRANK MONACO, Respondent, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law against S. HOWARD COHEN and Others, Commissioners of Elections of the City of New York, Constituting the Board of Elections of the City of New York, Respondents, and JULIUS L. BEZOZO, Appellant.— Order directing the board of elections of the city of New York to omit from the official ballot to be used at the primary election to be held in the county of Kings on the 17th day of September, 1940, for the American Labor Party, the name of Julius L. Bezozo as a candidate for the nomination for the public office of Member of the Assembly, 23rd Assembly District, Kings County, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.